# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| GREGORY ROBINSON | : | NO. 06-604-01 |

## **ORDER**

AND NOW, this 24TH day of September, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Defendant's Petition for Relief under 28 U.S.C. § 2255 (Doc. No. 84) is DENIED.

2. There is no grounds for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\06-604 Robinsons; US v\Robinson - Order 2255 Pet.wpd